**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>SERGIO IVAN MORELOS-TORRES,<br>   aka "Miguel Montano,"<br>   aka "Sergio Torres-Morelos,"<br>   aka "Sergio Moreloz,"<br><br>       Defendant. | Case No. 2:25-mj-00264-EJY<br><br>**[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on the __14th__ day of April, 2025 at the hour of __4__ p.m., be vacated and continued to __July 23, 2025__ at the hour of __4 p.m.__.

DATED this __1st__ day of April, 2025.

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE